KEVIN G. CLARKSON
ATTORNEY GENERAL

Glenn M. Gustafson (Alaska Bar No. 8806132)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5200
Facsimile: (907) 269-5110
Email: glenn.gustafson@alaska.gov
Attorney for State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF COMMERCE, COMMUNITY AND ECONOMIC DEVELOPMENT, DIVISION OF ECONOMIC DEVELOPMENT,<br><br>        Plaintiff,<br><br>v.<br><br>NIGHT STALKER (Official No. 621111), In Rem; ANDREW C. BACOM, In Personam,<br><br>        Defendants. | Case No.<br><br>**VERIFIED COMPLAINT FOR FORECLOSURE OF FIRST PREFERRED SHIP MORTGAGE AGAINST THE NIGHT STALKER, IN REM; AND FOR MONIES OWED AGAINST ANDREW C. BACOM, IN PERSONAM** |

The State of Alaska, Department of Commerce, Community and Economic

Development, Division of Economic Development alleges:

    1.    This is a case within the admiralty and maritime jurisdiction of this Court

under 28 U.S.C. § 1333, 46 U.S.C. § 31325, Federal Rule of Civil Procedure 9(h), and

Article III, § 2 of the United States Constitution, to foreclose a first preferred ship mortgage and for monies owing.

2. Plaintiff is the State of Alaska, Department of Commerce, Community and Economic Development, Division of Economic Development ("State"). The defendant vessel, NIGHT STALKER (Official No. 621111), is presently within the District of Alaska. Defendant Andrew C. Bacom is the owner and master of the NIGHT STALKER, borrower under a promissory note issued to the State, and resides within the District of Alaska.

3. On January 25, 2013, Andrew C. Bacom duly executed and delivered to the State a promissory note by which he promised to pay the State the principal sum of $93,750.00 together with interest at the rate of five and one quarter percent (5.25%) per year. The promissory note provided for payment of equal annual installments of principal and interest in the amount of $9,186.00 to be made each year on October 1st. Payment was to commence on October 1, 2013 and continue until October 1, 2027 when the entire unpaid balance of principal and interest would become due. The promissory note provided for a late charge of five percent (5%) of the payment if payment is more than fifteen (15) days overdue. A copy of the promissory note is attached as Exhibit 1. Courtney E. Bacom executed the promissory note as guarantor.

4. To secure payment of the promissory note, on January 25, 2013, Andrew C. Bacom duly executed and delivered to the State a first preferred ship mortgage upon the NIGHT STALKER, together with all her boilers, engines, machinery, masts, spars, sails, rigging, boats, anchors, chains, cable, tackle, apparel, furniture, fittings, equipment, and all other appurtenances, whether then owned or after acquired, whether on board or not, and all additions, improvements, and replacements to the vessel. At the time the first preferred ship mortgage was made, the NIGHT STALKER was a vessel documented under the laws of the United States. A copy of first preferred ship mortgage is attached as Exhibit 2. The abstract of title for the NIGHT STALKER is attached as Exhibit 3.

5. The first preferred ship mortgage was recorded on January 28, 2013, at the United States Coast Guard, National Vessel Documentation Center in Falling Waters, West Virginia, in accordance with 46 U.S.C. § 12101, et seq. All of the acts required to be done by statute in order to give the first preferred ship mortgage the status of a preferred mortgage were duly performed or caused to be performed by the State, including endorsement of the first preferred ship mortgage upon the vessel's documents in accordance with 46 U.S.C. § 31321-31322.

6. To further secure payment of the promissory note, on January 25, 2013, Andrew C. Bacom duly executed and delivered to the State a security agreement which created a security interest on behalf of the State in the NIGHT STALKER and all gear,

equipment, electronics, and additions thereto attached, then owned or thereafter acquired. A copy of security agreement is attached as Exhibit 4.

7. On January 15, 2014, Andrew C. Bacom executed and delivered to the State a modification agreement through which the promissory note was amended by releasing guarantor Courtney E. Bacom from liability on the loan. A copy of the modification agreement is attached as Exhibit 5.

8. Andrew C. Bacom is in default in performance of the promissory note, first preferred ship mortgage, and security agreement, and the loan is now due. To date, $17,634 in payments and $23,294.82 from the sale of collateral have been received by the State and applied to the amount due by Andrew C. Bacom on the promissory note.

9. Andrew C. Bacom is in default in performance of the first preferred ship mortgage and security agreement by failing to carry the required insurance on the vessel and its appurtenances. Insurance on the vessel expired January 31, 2017 and has not been renewed.

10. The State has notified Andrew C. Bacom that he is in default in the performance of the promissory note, first preferred ship mortgage and the security agreement, has demanded payment and proof of insurance, and has given Andrew C. Bacom notice that failure to pay and provide proof of insurance would result in foreclosure of the promissory note and arrest of the vessel NIGHT STALKER. True and

correct copies of the letters sent to the borrowers on January 6, 2017 and April 6, 2017, are attached hereto as Exhibit 6.

11. Pursuant to the terms of the promissory note, first preferred ship mortgage, and the modification agreement, the defendant, as of December 19, 2018, owes the principal sum of $61,183.03 for the promissory note; plus interest at five and one quarter percent (5.25%) from September 30, 2014 through October 1, 2014, four and one quarter percent (4.25%) from October 1, 2014 through October 16, 2015, and five and one quarter percent (5.25%) from October 16, 2015 through December 19, 2018, in the amount of $17,280.02; plus late fees in the amount of $449.20.

12. Thus, as of December 19, 2018, the total amount owed is $78,912.25, attorney's fees will accrue, and interest continues to accrue. A copy of the final demand payoff statement is attached as Exhibit 7.

13. The first preferred ship mortgage expressly provides that proceeds of the sale of the NIGHT STALKER are to be applied first to all expenses and charges, including the expense of any sale; the expenses of any retaking; attorney's fees; court costs; and any other expenses or advances made or incurred by the State in the protection of its rights or the pursuance of its remedies. These expenses and charges include procurement of insurance coverage on the vessel, repairs to the vessel, and other such matters as Andrew C. Bacom is obligated to provide. Expenses and charges also include

costs incurred by the State in preparing the vessel for sale, such as travel costs to inspect the vessel, and for commission of a marine survey on the vessel. The proceeds are to be applied secondly to the payment in full of promissory note and all other sums promissory note secures; the payment of all damages, liquidates or otherwise; and the payment of interest on all such amounts.

14. Pursuant to the terms of the promissory note, first preferred ship mortgage and the security agreement, the State can recover costs and attorney's fees incurred in collection of its debt if the borrower, Andrew C. Bacom, defaults, which has occurred here.

WHEREFORE, the State requests judgment against the NIGHT STALKER (Official No. 621111), <u>in rem;</u> Andrew C. Bacom, <u>in personam</u>, jointly and severally, as follows:

1. That this Court authorize the Clerk of Court to issue to the U.S. Marshal a warrant for arrest and seizure against the NIGHT STALKER (Official No. 621111), in accordance with Supplemental Rule C of the Federal Rules of Civil Procedure and Local Admiralty Rules (b)(2) and (e)(4), and that the NIGHT STALKER (Official No. 621111) be arrested and detained in the U.S. Marshal's custody, or in the custody of a substitute custodian upon further order of this Court.

2. That all persons claiming an interest in the NIGHT STALKER (Official No. 621111) be cited to appear and answer this Complaint.

3. That the first preferred ship mortgage for the promissory note be foreclosed and that the NIGHT STALKER (Official No. 621111) be condemned and sold in the manner provided by law to pay first the demands and claims of the State under the first preferred ship mortgage. The demands and claims of the State include all costs of suit, including but not limited to: attorney's fees incurred in this proceeding; U.S. Marshal's fees; and custodial and moorage or storage fees on the NIGHT STALKER (Official No. 621111). The State also demands and claims the principal sum of $61,183.03 for the promissory note; plus interest at five and one quarter percent (5.25%) from September 30, 2014 through October 1, 2014, four and one quarter percent (4.25%) from October 1, 2014 through October 16, 2015, and five and one quarter percent (5.25%) from October 16, 2015 through December 19, 2018, in the amount of $17,280.02; plus late fees in the amount of $449.20, and any travel expenses incurred for arrangements for safekeeping of the vessel. The State also demands and claims post judgment costs and attorney's fees in accordance with the applicable statutes.

4. That the State be adjudged the holder of the first preferred ship mortgage on the NIGHT STALKER (Official No. 621111) for the payment of the sums due, including costs and attorney's fees, and that this Court declare the lien of the State's first

Verified Complaint　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 7 of 9
*SOA v. NIGHT STALKER (Official No. 621111) In Rem; Andrew C. Bacom, In Personam*

Case 3:19-cv-00117-SLG   Document 1   Filed 04/19/19   Page 7 of 9

preferred ship mortgage to be superior to all other liens which may exist against the NIGHT STALKER (Official No. 621111).

5. That at the sale of the NIGHT STALKER (Official No. 621111), the State be permitted to bid, without cash deposit, up to the amount of its judgment, and that, in the event that the State's bid is the highest and best bid received, the amount of its bid be credited to the judgment.

6. That the State be awarded a judgment <u>in personam</u> in its favor and against defendant Andrew C. Bacom in the amount of any deficiency remaining after the application of the proceeds of the sale of the NIGHT STALKER (Official No. 621111).

7. That the State be awarded such further relief as is just and proper.

DATED April 18, 2019.

          KEVIN G. CLARKSON
          ATTORNEY GENERAL

          By: /s/ Glenn M. Gustafson
               Glenn M. Gustafson
               Assistant Attorney General
               Alaska Bar No. 8806132

# VERIFICATION

STATE OF ALASKA           )
                          ) ss.
FIRST JUDICIAL DISTRICT   )

Cecile A. Anderson, being first duly sworn, deposes and says:

That I am a Loan/Collection Officer III for the Plaintiff, State of Alaska, Department of Commerce, Community, and Economic Development, Division of Economic Development and in charge of the collection of the account which is the basis of this complaint; I am authorized to make this Verification on behalf of the State of Alaska; that I have read the foregoing complaint, know the contents thereof, and that the same is true to my knowledge.

DATED this 10th day of April, 2019.

_Cecile A. Anderson_
Cecile A. Anderson

SUBSCRIBED AND SWORN TO before me this 10th day of April, 2019.

Notary Public
State of Alaska
Stefanie L. Davis

Notary Public in and for Alaska
My commission expires: 11/01/19

Verified Complaint                                              Page 9 of 9
*SOA v. NIGHT STALKER (Official No. 621111) In Rem; Andrew C. Bacom, In Personam*